UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.:21-cr-730-CKK |
| **DANEAN KIMBERLY MACANDREW,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Zachary Phillips. AUSA Zachary Phillips will be substituting for AUSA Joseph DeGaetano.

                                        Respectfully submitted,

                                        Matthew M. Graves
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

By:   *// Zachary Phillips*_____
        **Zachary Phillips**
        Assistant United States Attorney
        (on detail to the District of Columbia)
        United States Attorney's Office | District of Colorado
        1801 California Street, Suite 1600
        Denver, CO 80202
        Phone: (303) 454-0118
        Cell: (720) 281-1611
        Email: Zachary.phillips@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 28th day of June 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                 *// Zachary Phillips*
                                                 ZACHARY PHILLIPS
                                                 Assistant United States Attorney