# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANEAN KIMBERLY MACANDREW,<br><br>Defendant. | Criminal No. 21-cr-00730 (CKK) |

## DEFENDANT'S NOTICE OF NON-OPPOSITION TO GOVERNMENT'S MOTIONS IN LIMINE

Defendant, Danean Kimberly MacAndrew, by and through her counsel Deputy Federal Public Defender Lillian Chu, hereby files her notice of non-opposition to the government's motions in limine, filed on November 30, 2022 (Docket Nos. 33 and 34).

Respectfully submitted,

DATED: December 22, 2022

/s/ Lillian Chu
_____
LILLIAN CHU
Deputy Federal Public Defender
(Cal. Bar No. 279095)
(E-Mail: Lillian_Chu @fd.org)
Office of the Federal Public Defender, C.D. Cal
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701
Telephone: (714) 338-4500
Facsimile: (213) 894-0081