# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANEAN MACANDREW,<br><br>Defendant | Criminal Action No. 21-730 (CKK) |

**ORDER**
(December 27, 2022)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's [31] Motion to Dismiss the Information for Multiplicity, or to Compel the Government to Elect Among Multiplicitous [sic] Counts is **DENIED**.

**SO ORDERED**.

Dated: December 27, 2022

        /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge