UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>DANEAN MACANDREW,<br><br>       Defendant. | Case No. 21-730 (CKK) |

## NOTICE OF APPEARANCE

Chief Deputy Federal Public Defender Amy M. Karlin, enters her Notice of Appearance on behalf of Defendant Danean MacAndrew.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

                                       Respectfully submitted,

                                       CUAUHTEMOC ORTEGA
                                       Federal Public Defender

DATED: December 29, 2022        By  */s/ Amy M. Karlin*
                                       AMY M. KARLIN
                                       Chief Deputy Federal Public Defender
                                       (Bar No. 150016)
                                       411 West Fourth Street, Suite 7110
                                       Santa Ana, California  92701-4598
                                       Telephone:  (714) 338-4500
                                       (E-Mail:  Amy.Karlin@fd.org)

1