UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANEAN MACANDREW,<br>Defendant | Criminal Action No. 21-730 (CKK) |

**ORDER**
(December 30, 2022)

Pending before this Court is Defendant's [47] Motion for Financial Assistance for Travel Expenses ("Def.'s Mot."). Pursuant to 18 U.S.C. §4285, Defendant Danean Kimberly MacAndrew ("Ms. MacAndrew" or "Defendant") has requested that this Court "direct the United States marshal to arrange for [her] means of noncustodial transportation or furnish the fare for such transportation" for Ms. MacAndrew to attend the pretrial conference on January 9, 2023, and the trial beginning on January 10, 2023. Def.'s Mot., ECF No. 47, at 1 (citing 18 U.S.C. §4285). Ms. MacAndrew requests further that this Court "direct the United States marshal to furnish [her] with an amount of money for subsistence expenses to [her] destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code." *Id.* In sum, Ms. MacAndrew requests that the Court "order the U.S. Marshals to arrange for or furnish the funds for roundtrip air travel from the Central District of California to Washington, D.C. and for lodging during the duration of the trial [.]" Def.'s Mot., ECF No 47, at 2. Ms. MacAndrew indicates that she "qualifies for representation by the Federal Public Defender because she is indigent." Def.'s Mot., ECF No. 47, at 2. Furthermore, she asserts that she is "currently not fully employed," and she "cannot afford travel to Washington, D.C. and lodging . . without assistance." *Id.*

1

Upon review of the statute, the Court notes that the United States Marshal's authority to expend government funds under 18 U.S.C. §4285 is limited to payment for an indigent defendant's travel expenses to appear in court, which may include subsistence expenses for the time during which a defendant is actually traveling to appear in court. This statute does not provide for subsistence expenses for a defendant after arrival at the court destination or return funds for travel from the court to the defendant's residence. Accordingly, it is this 30a day of December 2022,

**ORDERED** that Defendant's [47] Motion to for Financial Assistance for Travel Expense is GRANTED IN PART and DENIED IN PART. The United States Marshal shall pay for Ms. MacAndrew's travel expenses to appear in court in January 2023, and for subsistence expenses during the time she is traveling to the court. Defense counsel shall coordinate with the United States Marshal regarding the timing and means of Defendant's travel to the court and the nature of any such subsistence expenses.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE