**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CASE NO. 21-CR-00730 (CKK)** |
| v. | : | |
| | : | |
| **DANEAN KIMBERLY MACANDREW,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Danean Kimberly MacAndrew, with the concurrence of her attorney, hereby enter into the following agreement relating to certain facts and the authenticity, chain of custody, and admission into evidence at trial of certain exhibits.

The parties hereby stipulate to the following:

### *Exhibit 500: The Certification of the Electoral College Vote*

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

By approximately 2:15 p.m., the House and Senate were forced to stand in recess and evacuate the House and Senate Chambers because rioters had breached restricted Capitol grounds and the Capitol building itself. The joint session was suspended. The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued

until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

### *Exhibit 501: United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police (USCP) operates and maintains closed-circuit video monitoring and recording equipment (CCTV) that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled CCTV equipment was in good working order on January 6, 2021, and video footage recovered from the CCTV system with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

### *Exhibit 502: Metropolitan Police Department Body Worn Camera Footage*

The Metropolitan Police Department (MPD) operates and maintains Body Worn Camera footage (BWC) that captures field observations and encounters in real time. The video equipment timestamps each recording with the date and time at which the footage is captured. The MPD-controlled BWC equipment was in good working order on January 6, 2021, and video footage recovered from the BWC system with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

### *Exhibit 503: Defendant's Consent Evidence and Physical Evidence*

Pursuant to a consent to search agreement, the Government seized the Defendant's

Samsung Galaxy (Exhibits 06 and 07). The following exhibits were located on the Defendant's phone: Government Exhibits 08-24. The exhibits have not been altered or edited in any way and are authentic in that are what they purport to be. The parties agree that the exhibits set forth above may be introduced into evidence at trial without establishing additional foundation beyond this stipulation.

Additionally, Exhibits 01-07 are photographs of physical evidence surrendered by the Defendant to the Government. The exhibits have not been altered or edited in any way and are authentic in that are what they purport to be. The parties agree that the exhibits set forth above may be introduced into evidence at trial without establishing additional foundation beyond this stipulation.

Respectfully submitted,

FOR THE DEFENDANT

FOR THE UNITED STATES
MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

_____

By: */s/ Julie Bessler*_____

LILLIAN CHU
Counsel for Danean MacAndrew

JULIE BESSLER
PA Bar No.328887
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20001
Telephone: 202-809-1747
Julie.Bessler@usdoj.gov