UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANEAN KIMBERLY MACANDREW,<br><br>Defendant. | Criminal No. 21-cr-00730 (CKK) |

### DEFENDANT'S WAIVER OF PERSONAL APPEARANCE FOR VERDICT

Danean Kimberly MacAndrew, by and through her counsel Deputy Federal Public Defender Lillian Chu, waives personal appearance for reading of the verdict and written findings. She hereby consents to the posting of the verdict to the docket, as well as appearance by videoconference for the reading of the verdict and written findings.

Respectfully submitted,

DATED: January 12, 2023

/s/ Lillian Chu
_____
LILLIAN CHU
Deputy Federal Public Defender
(Cal. Bar No. 279095)
(E-Mail: Lillian_Chu @fd.org)
Office of the Federal Public Defender, C.D. Cal
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701
Telephone: (714) 338-4500
Facsimile: (213) 894-0081

DATE: 1/12/2023

_____
Signature of Defendant

1