UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANEAN MACANDREW,<br><br>Defendant. | Criminal Action No. 21-730 (CKK) |

**JUDGMENT AND VERDICT**
(January 17, 2023)

For the reasons stated in the accompanying Findings of Fact and Conclusions of Law, the Court finds Defendant Danean MacAndrew,

On Count One of the Superseding Information, Entering and Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1), **GUILTY**;

On Count Two of the Superseding Information Disorderly and Disruptive Conduct in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(2), **GUILTY**;

On Count Three of the Superseding Information, Violent Entry and Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), **GUILTY**; and

On Count Four of the Superseding Information, Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G), **GUILTY**.

Dated: January 17th, 2022

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge