# Exhibit A

Elise MacAndrew
███ Westwood Rd
Vista, CA ███
14 June 2023

The Honorable Colleen Kollar-Kotelly
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Sentencing for Danean MacAndrew

Dear Judge Kollar-Kotelly,

I am Elise MacAndrew, Danean MacAndrew's niece, affectionately nicknamed by Danean "Elise Muh-Niece." I manage a small real estate company in San Diego County as well as volunteer regularly with multiple organizations. I have known Danean, or as I call her, "Nean," my entire life because she is my father's sister.

Despite various changes in my nuclear family during my childhood, Danean was a steady rock for me. I watched her go through her days studying for her BA from UC Davis then her MS from Carnegie Mellon, to starting and successfully running her small business, to more recently a season of intense medical care: not only for herself (as she coped with and overcame not only cancer including radiation at a young age but also Graves' disease), but also medical care for her parents. She took sole responsibility for caring for her parents as they required more and more care, including guiding her mother through years of increasingly challenging dementia. Throughout all of this, she remained an active and regular church goer in addition to a supportive, loving member of our family. I have always known Danean to be that person who takes the extra time to stop and have a conversation with a homeless person, to return with a sweater or a meal, or to give up her holidays to pack and distribute holiday meals for the less fortunate. After her parents passed, she worked for the US Census and was quickly escalated to a leadership position because of her professionalism, accountability, and people-skills. She considers herself patriotic and my sense was that working for the US Census was a point of pride for her.

We are still close. We connect regularly on the family text-thread and see each other for holidays, birthdays, and other informal gatherings with our nephews and my dad/her brother throughout the year. I know her extremely well, since our family has always been close, and I have seen her go through many different seasons over the last 33 years of my life.

I have always known Danean to be an upstanding individual that values honesty, integrity, and most of all- kindness. She's always been one to offer hugs, playfully joke with those that are feeling down in order to lift them up, and consistently check in with and help her elderly or ill friends including doing the weekly shopping for multiple elderly friends for months during Covid lockdowns. As a part of her love of our country, she is a law-abiding citizen. I've never known her to be one to break or bend the rules.

Shortly after her parents passed, Danean's brother Todd passed away tragically which was a devastating blow. Not long after that, Covid lock downs began and since the rest of our family was very concerned about transmission to our grandparents, Danean was left alone in her house for longer than any of us wanted. I feel that during this challenging time she found a sense of community with a non-violent, law-abiding faction of Trump supporters, and that her intention that day was to peacefully and patriotically make her voice heard alongside her new community in which she felt a sense of belonging.

Whatever crimes may have occurred that day, I am confident that due to her responsibility and patriotic respect for our country, she did not knowingly break any laws and that she would have under no circumstances engaged in any sort of violence. Ever. My opinions of her remain the same, and my understanding of the human need to belong has grown deeper and more tender.

After the cancer, Graves, and other lingering issues, her health is fragile and I'm concerned about the impact that time in prison would have on the rest of her life. Our entire family implores you to please keep this in mind as you determine her sentencing.

Sincerely and respectfully,

Elise MacAndrew








Honorable Colleen Kollar-Kotelly
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Kollar-Kotelly,

My name is Melissa Huffaker and I am writing this character letter on behalf of my close friend, Danean MacAndrew. I have been a public school teacher in Capistrano Unified School District at Aliso Viejo Middle School for 29 years. I met Danean in 2012 (11 years ago) when we joined a Bible study group at Mount of Olives church in Mission Viejo, California. Throughout our years of friendship, we have been through some life changing experiences (the deaths of our parents, my daughters' graduations, Covid, just to name a few) She is the person I can confide in with any circumstance that I face without any judgment or condemnation, and I feel she thinks of me in the same way. I consider Danean MacAndrew to be one of my closest friends and sisters in Christ.

Danean is an honest person who delivers the truth with clarity and kindness. On more than one occasion she has given me marriage advice, despite not being married. She chooses her words carefully so that by pointing out that my perspective to the situation may be biased I am able to receive her advice without feeling defensive. Let me explain an example: I have a white and blue bucket for dirty laundry. As you could probably surmise, the white bucket needs to have white dirty clothes while the blue bucket should have colored dirty clothes. My husband does not separate his dirty clothes. I was frustrated and disappointed by this fact when Danean asked a simple question to have me look at my situation in a different way, with grace and kindness, she asked, "Does he put his dirty clothes in a bucket?" That one question allowed me to see that the expectations for my husband were not necessary, he was clearly trying.

Danean is compassionate about sharing the Gospel. She believes that everyone is redeemable and has always been able to speak to people where they are in their life. Our church has an Easter fair where they include a petting zoo. Danean had volunteered to help with the petting zoo for the day and I overheard a conversation with one of the petting zoo's employees. Her manner when asking strangers about their faith is with grace and kindness, never accusatory or condescending. Her life experiences allow her to come from a place of understanding. She has gone through a lot of challenges and has been delivered by her faith in Jesus Christ. She

never questions that God has a plan for her life, even when her decisions were not necessarily in tune with God's guidance.

Danean is dependable.  She shows up when you are having a crisis, for a hug, or to be present when you need her.  You can rely on her when she says she will do something.  When my father passed away and I needed someone to pick up the food for his Celebration of Life ceremony, she said yes.  When I need someone to vent to after a hard day's work, she will meet me anywhere for a walk.  She works hard at keeping relationships, she puts in the time to help cultivate and grow the friendship that we have shared.  Danean is the model I hold my other friends up to.

I traveled to Washington, D.C. to support Danean as she faced the charges that she was being accused of on January 6, 2021.  There was not a day, while we were there, that we did not speak about how if she could go back in time and not follow the thousands of people to the Capitol, she would not be facing sentencing for 4 misdemeanor charges.  For that hour and a half that she was on the Capitol grounds, she regrets every minute and every choice.  Even though her decisions that day have led to this moment, Danean's honesty, compassion, and dependability has never waivered.  She is facing incredible stress and she still finds time to be the same kind, understanding and wonderful person that I have always known.

Sincerely,

*Mel J. Huffaker*

Melissa Huffaker



Pastor Clint Pickens
Willow Branch
Tx 78108

June 13th, 2023

Honorable Colleen Kollar-Kotelly
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Kollar-Kotelly,

**<u>Re: Danean Macandrew</u>**

I am a Pastor and Chaplain in Texas to sexually abused and sex-trafficked girls age 11-17 that are in a residential treatment center for their related trauma. I have known Danean for 34 years.  I first met her through work where she would come in from the auto dealership she worked at to the one I worked for to pick of parts.

My first memories of her are when she came into my life at one of the darkest and needy times and was an example of light & goodness to me. She told me how on Thanksgiving she was driving to San Francisco to give the homeless blankets, clothes, food and a bible.  This is what first awakened me to who she is and showed me a different kind of life. This has been a part of who she is the entire time I have known her, generous giving, sacrificially to the less fortunate and the outcasts of society with her time and money.

Danean is a gentle, inviting and inclusive person not looking at people in how they can benefit her but one of a loving and kind heart. Our relationship quickly changed to a personal one when she invited me to her Church where she was instrumental in bringing me to the most dramatic change in my life and made me the person I am today. I have seen her do this with many others besides me all throughout her life. She is always putting others above herself.

I also watched Danean take care of her aged parents denying herself and her life to take care of them until their death. She never complained or saw it as a chore because of her sacrificial giving nature. She also has recently been through the death of her brother also.

Danean is also an open and honest person. She would always share her struggles and weakness never putting on a mask to fool others to thinking she was better than she was. Whenever I would call and she was struggling with something she was always open and honest about it. Danean went through cancer, then addiction to her pain medication afterwards and willfully stopping and telling me about it when she could of hid it. She was open and honest when the FBI questioned her, when it would have been to her advantage to not remain silent.  She is also open and honest about what she is going through now in regards to prison and having no previous bout with the law and how devastating this is for her an otherwise law abiding citizen that contributes to the good of society as the norm of her life.

Danean is intelligent and hardworking. She graduated Summa Cum Laude at the University of California Davis. She again denied herself to work with the elderly and homeless and pouring her life into them instead of seeking the money a degree could afford her.

These charges have not changed my opinion of her. She has been the same giving, generous, loving, kind sacrificially giving person she has always been for the 34 years I have known her.

Sincerely,

Clint Pickens

6/14/2023

Honorable Colleen Kollar-Kotelly
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly,

My name is Jeanne Hardwegg and I'm an Account Manager for R & R Industries in San Clemente, Ca. I've been with this company for over 30 years.

I have known Danean MacAndrew since 2012, 11 years. I met her the year I was diagnosed with Anal Cancer through a cancer blog site, www.blogforacure.com. She was extremely helpful, supportive and positive to everyone on the blog site. It turned out she was local in my area as well as a few of the other ladies. We did start getting together to help support one another. This did result in Danean and I putting together a meet and greet for anyone on the blogsite to join us in San Diego for a weekend. We did have about 15 people from all over join us as well as the founder of the blogsite.

One thing that did occur was one of our buddies Betty did pass away. Danean and I were able to visit with her many times prior to her passing. Daneans' warmth and compassion shown to Betty during this very difficult time did offer her comfort.

Danean was the person that did reach out and help anyone she could at the Board & Care her Mom was at. She is also the one that when Covid did start she would do shopping for any of neighbors that needed help.

My husband was diagnosed with stage 4 lung cancer in 11/21. Danean was here and available to us physically, mentally and spiritually. At the end she was here and caring for him daily.

We had a celebration of life for him 4/23, Danean was the first one to say what can I do. She reached out and helped.

Danean MacAndrew is one of the most generous, honest and caring persons I know. I have the honor of calling her my friend.

I have witnessed this beautiful hardworking woman who would do absolutely anything for anyone in need become a very scared person, afraid to do anything for fear that it might affect the outcome of her case.

She is someone that I would trust my life with and I know I can count on her to help me whenever I need if she is able to.

*Jeanne Hardwegg*

Jeanne Hardwegg

Kaley MacAndrew
█████ Westwood Rd
Vista, CA █████
05-03-2023

The Honorable Colleen Kollar-Kotelly
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Sentencing for Danean MacAndrew

Dear Judge Kollar-Kotelly,

I am writing this letter in support of my beloved aunt, Danean MacAndrew, who is facing sentencing in your court. I am Danean's niece, and I have known her my entire life. She is a kind, loving, and caring person who has always put others before herself. She has been there for her family, her friends, and her community in countless ways.

Danean has been through some very difficult times in her life, including a battle with cancer, a surgery to have the muscles on her eyeballs reattached, and four years of intense medical issues. During this time, she cared for her aging parents, ensuring they received the care and support they needed until they passed away. She dedicated herself to their care and comfort, putting their needs before her own. This was a selfless act of love and devotion that demonstrates the kind of person Danean is. She also suffered the devastating loss of her brother, Todd, which was a traumatic experience for her. Despite all these challenges, Danean remained strong and resilient.

Danean is an important member of our family, and she is loved deeply by her young nephews and the rest of us. She has always been a role model for us, showing us how to be compassionate, caring, and selfless. She has volunteered her time at church events and various community organizations, including taking in stray animals and nursing them back to health.

I firmly believe that Danean does not belong in prison. She has always been a law-abiding citizen who has contributed positively to her community. She has been through a lot, and prison would only further harm her already fragile health. Danean needs support, not punishment.

In closing, I urge you to consider the extraordinary circumstances that my aunt has faced, and to show her leniency during her sentencing. She is a good person who deserves a second chance. Thank you for your time and consideration.

Sincerely,

Kaley MacAndrew

April 29, 2023

Honorable Colleen Kollar-Kotelly
333 Constitution Avenue N.W.
Washington D.C 20001

c/o Lillian Chu
Deputy Federal Public Defender
321 E. 2nd St.
Los Angeles, CA
90012

Dear Judge Kollar-Kotelly,

My name is Robert Phillips. I have known Danean MacAndrew as a neighbor for about 33 years. She has also been a patient in my chiropractic practice.  My wife, Brenda, is a retired elementary school teacher and a Chapman University Student Teacher Supervisor and has been Danean's neighbor even longer.

We have a friendly neighborhood and Danean is at the top of the list of being friendly. She was involved in a food sharing project, sharing hers and everyone's excess fruits and vegetables grown in our area. If we were out of town, she would bring in our trash cans or pick up our mail. When her water heater broke, she called us for help.

Danean nurtures a beautiful garden and has documented baby hummingbirds nesting in her garden with photos that she would post for others to enjoy as they grew. She attends church regularly and we have prayed together especially when she or her parents were in need.

When she became unable to care for her mother and placed her in a residential care home around the corner she would visit her daily. She would bring old-time movies to the home, play games, and read not only to her mom, but to others in the home.  Danean put on a celebration of her parents 60th anniversary, inviting family and friends (including us). We also attended a celebration of life she organized when her father passed.

It is not unusual to walk across the street when she is working in the yard to chat and catch up. I see her as a kind, gentle, and caring person. She was raised in an academic household and holds an advanced degree. She is rational, thoughtful, kind and loves her country.

I am aware that Danean has participated in other demonstrations in California peacefully and respectfully without harm to individuals or property. I believe that she felt that the January 6th incident would be the same.

On January 6th, she did not participate in any violence, destruction of property, nor did she witness any violence against officers. Having talked with her, I know she is heartbroken over the damage that people caused to the Capitol building that she loves and the violence toward officers she respects.

I pray that Danean MacAndrew will receive grace from your court. She is not a radical person full of anarchy, but a person who loves her country and wanted to express peacefully her frustrations. I don't believe she belongs in prison. Respectfully, it is my hope that you will consider a sentence of home confinement or probation and that our nation will begin to heal.

Respectfully yours,

Robert A. Phillips, D.C.
███ Eloisa Dr.
Mission Viejo, CA ███

From:

Gary A. Haas and Patricia A. Haas

Mission Viejo, California,

June 4, 2023

To:

Honorable Colleen Kollar-Kotelly
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re: Danean MacAndrew, Character Letter

Dear Judge Kollar-Kotelly,

My name is Gary Haas, and my wife is Patricia Haas. We are writing this letter on behalf of Danean MacAndrew. We are both retired and in our mid 70's. Patricia retired as a Senior Specialist Commerical Underwriter. I retired as a Senior Systems Analyst. We both have AA's, BA's, and Professional Certifications in our areas of specialization. We just recently celebrated our 58th Anniversary. I am a Vietnam Era US Army veteran, and served primarily as a Operations Specialist with a HAWK Air Defense Missile unit as a SP5.

We have had the pleasure of knowing Danean as a close personal friend for nearly 10 years. We met Danean at our Church in Mission Viejo, CA, Mission Hills Church. Over this past decade we have been in many conversations with Danean, both one-on-one, and as part of a group. The discussions have ranged from deeply personal issues, to more wide ranging areas in our Bible Study Group. The entire group has come to depend upon Danean for her truthfulness, caring, compassionate, loving approach. Danean is a tremendous listener, and always supportive of others, even if she disagrees with the other person or idea.

For us personally, and for several others, both in and outside the Church, Danean was a literal life saver during the Pandemic. We have health limitations that made us Shut In's. Danean spoke with many of her friends, and even friends of friends to see how she could help them during this time of crisis. A common thread of need from her discussions was the inability these Shut In's to grocery shop. Danean quickly came up with a solution. She would shop for them. Danean

1

Honorable Colleen Kollar, Re Character Reference Danean MacAndrew 06-04-23

would collect grocery lists from several individuals, and couples. She would shop at their favorite stores for them, and then deliver the groceries to the individual homes.

This routine was repeated at least weekly for several months through the heart of the Pandemic. She continued the shopping, errand running, and home deliveries for as long as the people on her list still needed help, and support. Her willingness to help others continues to this day. Recently my wife had major back surgery. I asked Danean, at the last minute, to stay with Pat while I went to an unchangeable Doctor's visit for me. Danean immediately said yes and changed her schedule. She stayed with my wife until I got back from the Doctor. Another example of Danean's sense of responsibility to help others wherever, or whatever the circumstances.

Danean MacAndrew continues to be a close, valued, and trusted friend in spite of her current legal situation. She has continued to show the same qualities: truthfulness, caring, willingness to go above and beyond, compassionate, loving in her approach to others, even if she disagrees with the other person or the idea that they are supporting.

Thank you for this opportunity to share our experiences, and feelings about our friend Danean MacAndrew.

Sincerely,

*Gary A. Haas*

*Patricia A. Haas*

Gary A. Haas, and Patricia A. Haas