# Exhibit C

1            BEFORE THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

2

3   UNITED STATES OF AMERICA,    )   Case Number 21-cr-730
                         )
4         Plaintiff,      )
                         )
5   vs.                  )
                         )   Washington, D.C.
6   DANEAN KIMBERLY MacANDREW,   )   January 11, 2023
                         )   9:04 a.m.
7         Defendant.      )

8

9                       VOLUME II
              TRANSCRIPT OF BENCH TRIAL
10      BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:          Ms. Lisa Grimminger, RDR, CRR, CRC
                         100 Centennial Mall North
21                           Room 587
                         Lincoln, NE 68508
22                         (402) 437-1908

23

24

25   Proceedings recorded by stenotype shorthand.
   Transcript produced by computer-aided transcription

```
 1                        A-P-P-E-A-R-A-N-C-E-S

 2    FOR THE PLAINTIFF:          ZACHARY PHILLIPS
                                  DOJ-USAO
 3                                1801 California Street
                                  Suite 1600
 4                                Denver, CO 80202

 5                                JULIE BESSLER
                                  USAO
 6                                601 D Street NW
                                  Washington, D.C. 20001

 7
      FOR THE DEFENDANT:          LILLIAN CHU
 8                                Federal Public Defender
                                  411 W. Fourth Street
 9                                Suite 7110
                                  Santa Ana, CA 92626
10
                                  AMY M. KARLIN
11                                Federal Public Defender's Office
                                  321 East 2nd Street
12                                Los Angeles, CA 90012

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (At 9:04 a.m. on January 11, 2023; with counsel and the

2     defendant present:)

3          THE COURT:  Good morning, everyone.

4          All right.  We're ready to proceed so, Ms. MacAndrew, if

5     you'd come on back up to the stand.

6        DANEAN K. MacANDREW, PREVIOUSLY SWORN, RESUMED THE STAND

7          THE COURT:  Yeah.  I guess you should call the case

8     first.

9          COURTROOM DEPUTY:  Criminal Case 21-730, The United

10    States versus Danean MacAndrew.

11         Counsel, would you please identify yourself for the

12    record, starting with the government.

13         MR. PHILLIPS:  Good morning, Your Honor.  Again,

14    Zachary Phillips on behalf of the United States.  Along with me

15    is Julie Bessler, Special Agent Braden Ballantyne, and our

16    paralegal, Marcus Bennett.

17         THE COURT:  All right.  Good morning, everyone.

18         MS. CHU:  Good morning, Your Honor.  Lillian Chu and

19    Amy Karlin on behalf of Ms. Danean MacAndrew, who's in the

20    court and on the witness stand.

21         THE COURT:  All right.  Good morning, everyone.

22    Ms. MacAndrew.

23         So let's proceed.  We were -- for the record, we were in

24    the middle of the direct of Ms. MacAndrew.

25         MS. CHU:  And Your Honor, with permission, I just

1    wanted to ask for her to take off her mask.

2                    THE COURT:  Yes.

3                        DIRECT EXAMINATION RESUMED

4    BY MS. CHU:

5    Q.   Ms. MacAndrew, I believe where we left off yesterday is we

6    were talking about you being on the Capitol grounds.

7    A.   Yes.

8    Q.   Okay.  So starting with that, why did you enter Capitol

9    grounds?

10   A.   I saw probably thousands of people up on the hill, and I

11   figured it was a continuation of the rally at the Ellipse.

12   Q.   And what were your goals when you entered Capitol grounds?

13   A.   I wanted to take photos and videos and to be part of the

14   demonstration.

15   Q.   And let's talk about when you got to the northwest

16   courtyard.

17   A.   Okay.

18   Q.   What was the crowd like there?

19   A.   So I had just walked with the D.C. Metro officers, and the

20   crowd was at times loud but peaceful.  There were a lot of

21   people milling around.

22   Q.   Did you see police in the northwest courtyard?

23   A.   Yes.  Many D.C. Metro officers were there.

24   Q.   And tell us about what you observed about the police.

25   A.   So they were in riot gear.  They were -- after they had

1    marched up, they -- they all went into a certain area.  So

2    there was a bike rack -- there were bike racks in front of

3    them, and they were lined up behind the back racks probably --

4    I want to say maybe five deep, four or five deep, and pretty

5    wide.  They were not speaking to the people who were there.

6    They were just standing there.

7    Q.   And what did you think they were doing out there in full

8    riot gear?

9    A.   I thought that they were there in case something went

10   wrong, in case the counterprotesters came or something.  There

11   had been rumors online going around on Twitter in the previous

12   days that there might be counterprotesters.

13   Q.   And do you recall taking photos of a man in the northwest

14   courtyard who looked like he had been pepper sprayed?

15   A.   Yes.

16   Q.   And what did you think when you saw this man?

17   A.   I thought that he had done something wrong or that he

18   wasn't one of the Trump supporters.

19   Q.   And so when you think -- when you say you thought he might

20   have "done something wrong," what do you mean?

21   A.   It was all really confusing.  There had been, like, pepper

22   spray a little bit in the air, but it didn't make sense where

23   it was coming from, because the officers that I could see were

24   not in a combative posture.

25   Q.   Did you think that he -- okay.  Let's actually go back.

1        We're in the northwest courtyard still.

2   A.   Yeah.

3   Q.   Right before you entered the Capitol building, what did

4   you hear or observe that prompted you to walk towards the

5   Senate Wing door?

6   A.   So when I was looking at the courtyard -- so I was

7   standing basically on the edge of -- the outer edge of the

8   courtyard in front of the line of D.C. Metro officers, and from

9   my vantage point, what I was filming and taking pictures and

10  what I could see was straight ahead of me was the three arches

11  and a ramp that went up to the arches, and then on the left

12  there was a door.  It had some stairs that went up to the door,

13  so that's what I could see in that -- from that position, and

14  then to my right were the officers who were standing there.

15       So what happened was I saw from the side door, the one

16  with the steps, that there had been, I don't know, I think two

17  or three people who had come out, and they had been pepper

18  sprayed.

19  Q.   Okay.  And what did that mean to you?

20  A.   That that door is not a good door, that that door's off

21  limits, that that -- like, I didn't know what was going on or

22  who was pepper spraying.  I just knew that that door was not

23  something that I wanted to be near.

24  Q.   Okay.  And then let's talk about the Senate Wing door.

25  Why did you think that door would be okay to enter?

1    A.    So there were people -- I had been there for quite a bit

2    of time by now, and there were people who were saying, "They're

3    letting us in," and so I was looking, and I'd walked closer,

4    and I could see people were just walking in.

5    Q.    When you heard, "They're letting us in," what did that

6    mean to you?

7    A.    I just thought we were allowed in.

8    Q.    Who did you think was letting you in?

9    A.    Officials.

10   Q.    Okay.  So let's talk about when you actually walked into

11   the Capitol building, okay?  What did you see as you approached

12   the door at the Capitol building, the Senate Wing door?

13   A.    I was seeing people just walk in, a lot of people.

14   Q.    Okay.

15   A.    Like a thick -- like, to take up the whole doorway, you

16   know, people -- like a stream of people walking in.

17   Q.    And when you entered through -- right through the door,

18   what did you see?

19   A.    As soon as I -- so before I even got in, I was filming.  I

20   had my phone over my head, and I was seeing everything through

21   that because I was taking videos, and so I was walking in, and

22   as soon as I crossed the threshold of the Capitol, I turned to

23   my left, and I saw a big line of Capitol Police.  They were

24   wearing riot gear, but I saw them having conversations with

25   people who had come in, you know, right before me or whenever,

1  you know.  They had already been in.  I didn't perceive any

2  animosity between the officers and the crowd.

3  Q.   What did your observations about the police officers there

4  tell you?  What did it mean to you?

5  A.   That we were allowed in.  I would assume if we weren't

6  allowed in, they would have told us.

7  Q.   The government has pointed out that in videos you had

8  the -- your scarf on your face while you were inside the

9  Capitol.  Can you tell us why you had your scarf on your face.

10  A.   So having seen people come out of the other door having

11  been pepper sprayed, I didn't really know what to expect when I

12  was going in, so I had my scarf over my face, but then once I

13  got in and saw that it was not -- from my perception at the

14  time that it was not off limits to be there...

15  Q.   When you were in the Capitol with your scarf on your face,

16  were you trying to hide your identity?

17  A.   No.

18  Q.   Do you remember what you did when you were inside the

19  Capitol?

20  A.   I filmed and I took pictures.

21  Q.   And why did you leave the Capitol building?

22  A.   I was asked to leave by the Capitol Police.

23  Q.   And if a police officer had told you to leave before that,

24  would you have?

25  A.   Definitely.

1    Q.   After -- the government's pointed out that you stayed on

2    Capitol grounds after you left the building.  Can you tell us

3    about why you stayed on Capitol grounds.

4    A.   I didn't know I wasn't supposed to after I left the

5    building.  I was asked to leave the building, so I left the

6    building, and then I went over and stood where I had stood

7    before near the D.C. Metro officers.

8    Q.   Why did you think you were allowed to stay on Capitol

9    grounds after you were asked to leave the building?

10   A.   I figured that if I weren't allowed to be there that the

11   D.C. Metro Police would have told us.

12   Q.   And at some point you did leave the Capitol building area;

13   right?

14   A.   Yes.

15   Q.   Okay.  And what time did you get back to your hotel?

16   A.   I don't remember for sure.

17   Q.   Did you hear anything about curfews?

18   A.   Yes.

19   Q.   Can you tell us about that.

20   A.   I heard somebody -- so, yeah, I heard somebody saying

21   that -- I think it was Mayor Bowser had called the 6 o'clock

22   curfew.

23   Q.   Okay.  And were you in your hotel before the curfew?

24   A.   Much before the curfew, yes.

25   Q.   And why were you in the hotel before the curfew?

1    A.   I didn't anticipate staying out.  Well, of course I'm

2    going to obey a curfew, but I was done for the day.  It didn't

3    have to do with the curfew why I went back to my hotel.

4    Q.   The government --

5              MS. CHU:  Your Honor, with permission, if I could

6    approach to use the ELMO.

7              THE COURT:  All right.  Go ahead.  Is this an exhibit

8    that's already in?

9              MS. CHU:  It is, Your Honor.  It's Exhibit 124.  It's

10   Government's Exhibit 124.

11             THE COURT:  Okay.  You have to wait a second for her

12   to do the screen.

13             MS. CHU:  And I'm showing to the courtroom

14   Exhibit 124 previously admitted in evidence.

15             THE COURT:  You need to speak in the microphone.

16             MS. CHU:  I'm showing to the Court Exhibit 124

17   previously admitted into evidence.

18   BY MS. CHU:

19   Q.   Ms. MacAndrew, can you take a look at Exhibit 124.

20   A.   Yes.

21   Q.   And do you see the tweet that was apparently from you?

22   A.   Yes.

23   Q.   Okay.  And do you recall this tweet?

24   A.   I don't recall tweeting that, but I believe that it's my

25   tweet.

1   Q.   And do you know why you tweeted this?
2   A.   No.
3   Q.   Okay.  Do you -- what time do you think you tweeted this?
4   A.   It had to be well after I left Capitol grounds.  I didn't
5   have any cell phone reception when I was on Capitol grounds.
6   It wasn't until after I was probably three blocks, maybe four
7   away that my phone started blowing up with texts that had come
8   in while I was there.
9   Q.   So this tweet says, "I respectfully disagree, Sir.
10  Capitol Police were pepperspraying Patriots" --
11           THE COURT:  Slow down, slow down.  Go ahead.
12           MS. CHU:  Sorry, Your Honor.
13  BY MS. CHU:
14  Q.   "I respectfully disagree, Sir.  Capitol Police were
15  pepperspraying Patriots before the building was breached by
16  infiltrators.  Not cool."
17       What does that tweet mean to you?
18  A.   So what it means to me is when Trump was saying, "They are
19  truly on the side of our Country," as I had been walking back
20  to the hotel, there were hundreds of people walking back at the
21  same time, and people had always said, like, make sure you're
22  not walking alone with your MAGA hat on, so people always --
23  like, I always found a group of people to walk with so -- as I
24  was walking back.  And then I would, like, switch groups as
25  people broke off onto whatever street their hotel was on, so I

1    walked with several groups of people that day.

2         I think that I was just hearing stories on the way back of

3    what people were talking about happened that day.  This is not

4    something that I witnessed.  I didn't personally witness

5    Capitol Police pepper spraying anyone, patriots, infiltrators.

6    I never personally witnessed Capitol Police or D.C. Metro

7    pepper spray anybody.

8    Q.   So when you were at the Capitol, did you have any belief

9    that Capitol Police were pepper spraying patriots when you were

10   at the Capitol?

11   A.   No.  That was not the -- when I saw -- the only time I saw

12   Capitol Police was when I was inside the building, and that was

13   not at all their vibe.

14   Q.   And when do you think -- if you were to guess,

15   approximately what time do you think you were able to even

16   start getting onto social media?

17   A.   I don't think I went onto social media until I was

18   upstairs in my hotel room, which would have been probably at

19   least an hour after I left the Capitol, because I hung out

20   outside the Capitol -- I mean, excuse me, outside of my hotel

21   room, and I was talking to people.  There were just, like,

22   hundreds of people everywhere.  It was really crowded.

23              MS. CHU:  Thank you.  And I'm not sure how to get

24   this off the screen if it's still on your screens.

25              THE COURT:  It is, yes.

1           There you go.  It's off now.

2               MS. CHU:  Thank you.

3    BY MS. CHU:

4    Q.   So because we were just talking about your perception of

5    Capitol Police, what did you feel was the attitude between the

6    police and the crowd that day at the Capitol?  What was your

7    perception when you were there?

8    A.   The Capitol Police or D.C. Metro Police?

9    Q.   Oh, either.  All police that were there.

10   A.   It was not confrontational or violent, no.

11   Q.   Did you sense any animosity between the crowd and the

12   police that were there at the Capitol?

13   A.   Yes.  So outside -- so inside, no.  Inside the Capitol

14   building, no.  I saw conversations happening.  Outside the

15   building there were some people who were extremely rude to the

16   D.C. Metro officers who were out there, extremely rude.  The

17   D.C. Metro officers were not responding to them.

18   Q.   And what did that mean to you?

19   A.   Means that there were jerks there.

20   Q.   What did it mean to you that the D.C. Metro officers

21   weren't responding?

22   A.   Just that it wasn't a violent thing.  It wasn't -- it

23   wasn't a physical thing.  I thought it was very self-controlled

24   of them, as people, to not respond when they were spoken to

25   that way.

1    Q.   Let's talk about -- okay.  Let me -- let me ask this,

2    okay?  When you're entering the Capitol building grounds, what

3    was your understanding as to whether you were allowed to be on

4    Capitol grounds?

5    A.   I thought I was allowed.

6    Q.   And why did you believe this?

7    A.   Because I saw thousands of people on the lawn and I

8    didn't -- if I did see any signs or something, they didn't

9    register.  I don't recall seeing any signs saying no

10   trespassing, keep out, area closed.  I didn't -- I didn't jump

11   anything.  I didn't scooch around anything.  I didn't breach

12   anything.  I walked up the hill.

13   Q.   When you were entering the Capitol building, what was your

14   understanding as to whether you would be allowed inside the

15   Capitol building?

16   A.   I knew that people were saying that we were -- that

17   they're letting us in.  I knew that, and I knew that I could

18   see people going in calmly, walking in, a giant stream, but was

19   not positive that I was allowed to go in, but as soon as I saw

20   those Capitol Police, then I thought for sure I was allowed to

21   come in.

22   Q.   And why did you exit the Capitol building?

23   A.   I was asked to leave by the Capitol Police officer.

24   Q.   After you left the Capitol building, what was your

25   understanding as to whether you were allowed to stay on Capitol

1    grounds?

2    A.    I thought it was fine.  I just thought they didn't want us

3    in the building.

4    Q.    And why did you believe this?

5    A.    Because I would think that if we weren't allowed on

6    Capitol grounds that the D.C. Metro officers would be telling

7    us that.

8    Q.    When you went to the Capitol, did you have any intention

9    to try to stop the certification of the vote?

10   A.    No.  I never had any illusion that I would have any

11   control over anything like that.

12   Q.    Did you enter -- intend to disrupt government business or

13   official functions happening at the Capitol that day?

14   A.    No, not at all.

15   Q.    You have testified that you went to the rally to

16   demonstrate, but did you enter Capitol grounds to parade,

17   picket or demonstrate?

18   A.    The Capitol grounds?

19   Q.    The Capitol grounds.

20   A.    Yeah.

21   Q.    And what about the building?

22   A.    Not inside the building, no.

23   Q.    Would you have gone to the Capitol grounds if you believed

24   that the crowds at the Capitol were not allowed to be there?

25   A.    No.

```
 1              MS. CHU:  No further questions.
 2              THE COURT:  Cross.
 3              MS. BESSLER:  Your Honor, may I have the Court's
 4     brief indulgence while I just get my notes together?
 5              THE COURT:  Sure.
 6              MS. BESSLER:  Thank you.
 7              THE COURT:  No problem.
 8                          CROSS-EXAMINATION
 9     BY MS. BESSLER:
10     Q.   Good morning, Ms. MacAndrew.
11     A.   Good morning.
12     Q.   Ms. MacAndrew, you're from California; right?
13     A.   Yes.
14     Q.   And you've lived there your whole life basically?
15     A.   I went to graduate school in Pittsburgh, but other than
16     that, yes.
17     Q.   Okay.  And yesterday you told us that on January 4th, you
18     traveled all the way from California to D.C.; is that right?
19     A.   Yes.
20     Q.   And you came to D.C. to watch President Trump speak at the
21     Stop the Steal rally at the Ellipse?
22     A.   Among other things, yes.
23     Q.   Okay.  And you traveled to join the crowd that was going
24     to see President Trump speak that day?
25     A.   Yes.
```

1    Q.   And you testified yesterday that you came to D.C. to be

2    part of the demonstration protesting the election.

3    A.   Yes.

4    Q.   And you said yesterday you believed that the election had

5    abnormalities about it?

6    A.   Yes.

7    Q.   And you would agree with me that only Congress could fix

8    those abnormalities; right?

9    A.   Could you restate that, please.

10   Q.   The election that had abnormalities, only Congress would

11   be able to correct those abnormalities or fix those

12   abnormalities about the election?

13   A.   Yes.

14   Q.   And you came because you wanted to tell Congress how you

15   felt about it.  You wanted to be part of that demonstration.

16   A.   Not to tell Congress.

17   Q.   Okay.  But you came to D.C. because of the abnormalities

18   of the election?

19   A.   In part.

20   Q.   And when you came to D.C., or at least at the

21   demonstration at the Ellipse, you had your Trump flag, your

22   Trump hat; right?

23   A.   Yes.

24   Q.   And you went to the Capitol with both of those things?

25   A.   Yes.

1   Q.   And you entered the Capitol with both of those things?

2   A.   Yes.

3   Q.   And yesterday you told us a little bit about what happened

4   at the Ellipse.  You told us that you took an Uber with others

5   to the White House Ellipse; correct?

6   A.   Yes.

7   Q.   And you testified that you couldn't just walk up to the

8   Ellipse; correct?  You had to stand in line.

9   A.   Yes.

10  Q.   And there was a long line to get into the Ellipse?

11  A.   Yes.

12  Q.   And you had been waiting for hours to get into the Ellipse

13  itself?

14  A.   Yes.

15  Q.   And I think you said something like five hours you were

16  waiting there; right?

17  A.   Approximately.

18  Q.   And you had to leave your backpack outside of the Ellipse;

19  correct?

20  A.   Yes.

21  Q.   With -- and other people had to leave their bags and their

22  backpacks outside as well?

23  A.   Yes.

24  Q.   And you testified that you decided to leave early 'cause

25  you needed to get Tylenol from your bag; right?

1    A.    Yes.

2    Q.    And it took you a while to find your bag because there

3    were just so many other bags, and it took a while for you to

4    find it?

5    A.    My bag had been moved, and yes, there were many bags.

6    Q.    Okay.  And those are the bags of the other demonstrators

7    that were there?

8    A.    Yes.

9    Q.    They also had to check their bags with security?

10   A.    Yes.

11   Q.    And so it sounds like there was an -- an order to things

12   at the Ellipse.

13   A.    Yes.

14   Q.    It was organized; right?

15   A.    Yes.

16   Q.    You had to stand in lines?

17   A.    Yes.

18   Q.    You had to check your bags with security?

19   A.    Yes.

20   Q.    And you couldn't just walk into the Ellipse, the White

21   House Ellipse, could you?

22   A.    Correct.

23   Q.    And after you left the Ellipse, you testified that you

24   paraded to the Capitol with the other demonstrators; right?

25          MS. CHU:  Objection, misstates her testimony.

```
 1    Counsel just used the term "paraded."
 2              THE COURT:  You used -- take out the legal term in
 3    terms of --
 4              MS. BESSLER:  Apologies.
 5    BY MS. BESSLER:
 6    Q.   You demonstrated with those -- the other demonstrators
 7    back to the Capitol; correct?
 8              MS. CHU:  Objection, she's misstating --
 9              THE COURT:  Let her -- she talked about
10    demonstration.  She can answer yes or no, whatever.
11         Answer the question.
12    A.   Could you please restate the question.
13    BY MS. BESSLER:
14    Q.   Sure, I can restate the question.  So you finished the
15    rally at the Ellipse; correct?
16    A.   Yes.
17    Q.   And you joined the other demonstrators to walk to the
18    Capitol with them?
19    A.   Yes.
20    Q.   Yeah.  You were part of that group with the big flag that
21    you mentioned; right?
22    A.   Yes.
23    Q.   And yesterday you told us that the demonstration at the
24    Capitol was a continuation of the demonstration at the Ellipse.
25    Do you remember saying that?
```

1    A.    Yes.

2    Q.    And you get to the Capitol after marching through D.C.;

3    right?

4    A.    Walking.

5    Q.    Okay.  And it's different than what's -- than what was

6    going on at the Ellipse, what was happening at the Capitol;

7    correct?  In terms of the scene.

8    A.    Different in what way?

9    Q.    In terms of there are officers in riot gear; right?

10   A.    Not when I originally arrived at the Capitol, no.

11   Q.    Okay.  But in your words yesterday there was a lot going

12   on at the Capitol; right?

13   A.    Yes.

14   Q.    And you get to the Capitol, and eventually you do see

15   officers in riot gear; correct?

16   A.    Correct.

17   Q.    And that's different than what you saw at the Ellipse?

18   A.    Correct.

19   Q.    And yesterday you talked about attending many Trump

20   rallies?

21   A.    Pro Trump rallies.

22   Q.    Pro Trump rallies in Arizona and California; is that

23   right?

24   A.    One rally where President Trump had been speaking in

25   Arizona, and the rest were pro Trump rallies, Trump supporters.

MacAndrew - Cross (Bessler)                                              212

1    Q.    Okay.  And you mentioned that they were peaceful, there

2    were bonfires, dancing; right?

3    A.    Yes.

4    Q.    And those rallies were different than what you saw at the

5    Capitol; correct?

6    A.    Yes.

7    Q.    Because you never saw officers in riot gear at those

8    rallies?

9    A.    That's not entirely correct.  There was one time in

10   Beverly Hills that -- where there were rallies every Saturday

11   for several weeks, many, many weeks, and the only time I had

12   ever seen officers that were dressed in riot gear or there was

13   even a SWAT vehicle --

14   Q.    Okay.

15   A.    -- one time, and that was because counterprotesters --

16   Q.    Okay.

17   A.    -- had arrived and they were stealing Trump supporters'

18   backpacks and flags.

19   Q.    Okay.

20   A.    That's the only time.

21   Q.    But for the most part, the officers you did see at those

22   rallies, they were in plain clothes.  At the Trump rallies that

23   you've been to, for the most part --

24   A.    In plain --

25   Q.    -- they're in plain clothes uniforms?

1    A.    Uniforms, yes.

2    Q.    I'm sorry.  In regular uniforms.  That's what I meant.

3    A.    Yes, yes.

4    Q.    And you never saw violence at most of the rallies.  Would

5    you agree?

6    A.    I never saw violence at any rally.  I had arrived -- the

7    time that the SWAT team was there --

8    Q.    Okay.

9    A.    -- I had arrived after the counterprotesters had taken

10   things from the Trump supporters.

11   Q.    Okay.  But what was going on at the Capitol, it was not

12   ordinary.  It wasn't what you ordinarily saw?

13   A.    No.

14   Q.    And you, yourself, described it as strange.  That's what

15   you said yesterday.

16   A.    Yes.

17   Q.    It was strange.

18   A.    Yes.

19   Q.    And you said that the officers, they were ready for

20   something to go wrong that day?

21   A.    Yes.

22   Q.    And Ms. MacAndrew, let's talk more about what you saw on

23   January 6.  Again, yesterday you said that there was so much

24   going on at the Capitol that day; right?

25   A.    Yes.

1    Q.   You said you saw flags?

2    A.   (Witness nods head.)

3    Q.   Is that a yes?

4    A.   Yes.

5    Q.   You heard people chanting?

6    A.   Yes.

7    Q.   And again, your impression of the officers were that they

8    were ready for something to go wrong?

9    A.   Yes.

10   Q.   And you saw a lot of officers at the Capitol that day?

11   A.   Yes.

12   Q.   Probably hundreds of officers?

13   A.   At least a hundred.

14   Q.   Okay.  And they're wearing riot gear?

15   A.   Yes.

16   Q.   They're wearing helmets?

17   A.   Yes.

18   Q.   Face shields?

19   A.   Some, yes.

20   Q.   And some of them had batons?

21   A.   Yes.

22   Q.   Some of them had body armor on?

23   A.   Yes.

24   Q.   And you mentioned that there are rioters who are being

25   rude; right?

1    A.    Yes.

2    Q.    They're being disruptive?

3    A.    I don't know if I would characterize it as disruptive, but

4    definitely rude.

5    Q.    And they were yelling at the officers.  They were

6    harassing them.

7    A.    They were yelling at the officers, yes.

8    Q.    And they were there -- as you testified, these were the

9    rioters -- they were angry about that stolen election.

10   A.    I can't speak to what they were thinking or why they were

11   screaming at the officers.

12   Q.    Okay.  But regardless, you were in that crowd when you saw

13   those people harassing the officers; right?

14   A.    Yes.

15   Q.    Now, you go to the northeast corner of the Capitol around

16   2:40 p.m.  That's where that pathway is.  Do you remember that

17   pathway that we saw yesterday?

18   A.    Northeast.

19   Q.    Those are the ones with the downed barricades and snow

20   fencing?

21   A.    Oh, yes.

22   Q.    Okay.  And you approached that pathway, and there are

23   downed snow fencing and barricades to your immediate right;

24   right?

25   A.    I saw that in the photos, yes.

MacAndrew - Cross (Bessler)                                        216

1    Q.   Okay.  And you just testified that you didn't jump over

2    anything, but you did, Ms. MacAndrew.  You jumped over that

3    wall.

4    A.   I don't consider that jumping over anything.  It was -- so

5    the grass was in front of the wall.  There was a walkway on the

6    other side of the wall.  It wasn't like I jumped one area to go

7    to a different area.  It was instead of, I assume, walking down

8    and around the wall.

9    Q.   But you had to climb over that wall; right?

10   A.   Yes.

11   Q.   And you had another rioter assist you over that wall?

12   A.   I don't remember that but I saw that.

13   Q.   Okay.  He took your hand; right?

14   A.   Yes.

15   Q.   And he helped you climb over that wall?

16   A.   Yes.

17   Q.   And you're in that pathway, and you pass that big

18   umbrella, that white umbrella that's been on it -- now on its

19   side; correct?  Do you remember that?

20   A.   I don't remember that.

21   Q.   Okay.  If you saw it, would you --

22   A.   I remember seeing it in your video --

23   Q.   Okay.

24   A.   -- but I don't remember that from that day.

25   Q.   Okay.  And you're in that pathway, and moments later

1    there's another big group of officers that come through.

2    A.    Yes.

3    Q.    And again, they're dressed in riot gear?

4    A.    Yes.

5    Q.    They have helmets on?

6    A.    Yes.

7    Q.    And you climbed the steps at the end of that pathway to

8    get closer to the Capitol building?

9    A.    Yes.

10   Q.    And at this point you're shoulder to shoulder with this

11   big group of officers in riot gear?

12   A.    Yes.

13   Q.    And as you're walking alongside them, rioters continue to

14   yell at them and say rude things to them; right?

15   A.    Some were, yes.

16   Q.    They were yelling "don't be a commie" at them.  Do you

17   remember hearing that yesterday in the video?

18   A.    I do.

19   Q.    And you were standing right there; right?

20   A.    I don't know if I was standing or walking at the time, but

21   yes.

22   Q.    Okay.  But you heard them saying that to the officers?

23   A.    (Witness nods head.)

24            THE COURT:  I need an answer.  You can't nod.  You

25   have to say something orally for the record.

```
 1              THE WITNESS:  I'm sorry, Your Honor.

 2              THE COURT:  That's okay.

 3   A.   I assume that I heard that.

 4   BY MS. BESSLER:

 5   Q.   Okay.  And you never told those rioters that were being

 6   rude to stop being rude to the officers, did you?

 7   A.   No.

 8   Q.   You didn't defend the officers; right?

 9   A.   No.

10   Q.   Instead you just document it on your phone?

11   A.   Yes.

12   Q.   And yesterday you told us that you -- you're a

13   photographer, right, Ms. MacAndrew?

14   A.   I'm not a professional photographer.

15   Q.   Okay.  But you like photography?

16   A.   I do.

17   Q.   Okay.  And you would agree with me that you have to be

18   perceptive to take good photographs?

19   A.   Yeah.

20   Q.   Yeah.  And you said you went to the Capitol to document

21   the things you saw around you?

22   A.   Yes.

23   Q.   And you take multiple photos and videos?

24   A.   Yes.

25   Q.   And you take photos before you enter the Capitol?
```

1    A.    Yes.

2    Q.    And you capture a rioter wearing a gas mask.  Remember

3    that photo?

4    A.    I don't remember taking the photo, but yes, I know which

5    photo you're speaking of.

6    Q.    Okay.  And you take multiple photos of that man who is

7    suffering from pepper spray?

8    A.    Yes.

9    Q.    And this is before you enter the Capitol?

10   A.    Yes.

11   Q.    And at this point you think he -- you testified that you

12   think he came out of that door on the left-hand side; right?

13   A.    I'm sure of that, yes.

14   Q.    Okay.  Because multiple people had -- were pepper sprayed

15   coming out of that door; right?

16   A.    At least two.  I think it was two.

17   Q.    Okay.  And --

18            THE COURT:  Can we clarify what door, because we're

19   talking about -- there's a bunch of doors there.  Can we

20   clarify what we're talking about.

21            MS. BESSLER:  Sure, Your Honor.  So --

22            THE COURT:  Even on the video or whatever.

23            MS. BESSLER:  Sure.  If we can pull up Exhibit 206.

24            THE COURT:  I'm sorry.  What exhibit is it?

25            MS. BESSLER:  206, which has already been admitted.

1          Thank you, Mr. Bennett.

2     BY MS. BESSLER:

3     Q.   Now, this door to the left that I was referring to, and I

4     wasn't being very clear, right here is the Senate Wing door.

5     That's where you entered the Capitol (indicating).

6     A.   More in the middle.

7     Q.   Yes.

8     A.   Not really where your circle is.

9     Q.   Yes.  Apologies.  But in that area where those three

10    columns are?

11    A.   Yes.

12    Q.   Okay.  And right on -- along this wall here, that's where

13    that door is that you saw people getting pepper sprayed;

14    correct?

15    A.   Correct.

16    Q.   Okay.  And you just testified that you were not positive

17    that you were allowed to go into the Capitol.

18    A.   Correct.

19    Q.   Right?  You had seen people getting pepper sprayed, right,

20    or at least suffering from the effects of pepper spray?

21    A.   Yes.

22    Q.   And you testified that you felt pepper spray in the air?

23    A.   Not at this time.

24    Q.   Okay.  And you said that you saw people scaling the wall

25    at the Capitol?

MacAndrew - Cross (Bessler)                                      221

1    A.   When I first arrived on the lawn, yes.

2    Q.   Okay.  And do you --

3    A.   Excuse me.  Not when I first arrived.  After I had walked

4    up the hill.

5    Q.   Okay.  But before you entered?

6    A.   Yes.

7    Q.   Yeah.  And you had seen officers in riot gear?

8    A.   Yes.

9    Q.   And you saw people becoming very rude and aggressive with

10   the officers; correct?

11   A.   Yes.

12   Q.   And probably all of that is why you were not positive that

13   you could go in?

14   A.   No.

15   Q.   No?  Okay.  Well, you do enter the Senate Wing door even

16   though you weren't positive that you could go in?

17   A.   Yes.

18   Q.   And --

19   A.   No.  Kind of at the -- at the same time.  I'd say yes.

20   Q.   You weren't positive that you could enter, and you entered

21   regardless.

22   A.   Could you please rephrase that.

23   Q.   You said you weren't positive --

24             THE COURT:  She can ask you to repeat it.  She isn't

25   required to --

```
 1                 THE WITNESS:  Oh.

 2                 THE COURT:  -- to redo the question, but she can

 3    certainly ask it again.

 4                 THE WITNESS:  Okay.

 5    BY MS. BESSLER:

 6    Q.    You said you weren't positive that you could enter the

 7    Capitol.

 8    A.    Yes.

 9    Q.    Correct?  But you --

10    A.    Correct.

11    Q.    -- entered anyway?

12    A.    Yes.

13    Q.    And you never went through a security screening at the

14    Capitol?

15    A.    Correct.

16    Q.    You never went through a metal detector?

17    A.    No.

18    Q.    You never checked your bags?

19    A.    Correct.

20    Q.    You -- like what was going on at the Ellipse, you never

21    checked your bags?

22    A.    Correct.

23    Q.    You never went through the security procedures that were

24    present at the Ellipse?

25    A.    Correct.
```

1    Q.   And you testified that you covered your face prior to

2    entering the Capitol because there was a possibility you could

3    have suffered from pepper spray yourself?

4    A.   Yes.

5    Q.   And in fact, people around you inside of the Senate Wing

6    door area, they were suffering from pepper spray?

7    A.   I don't know that.

8    Q.   You don't know that?  Did you hear yourself on video

9    saying, "They're gassing us, they're gassing us"?

10   A.   I did hear that.

11   Q.   And was that because there were -- there was pepper spray

12   in the air?

13   A.   I don't know for sure if there was pepper spray in the

14   air.

15   Q.   Okay.  But "they're gassing us, they're gassing us" refers

16   to pepper spray?

17   A.   Yes.

18   Q.   And you said that inside of the Capitol?

19   A.   Yes.

20   Q.   And before you walked into the Capitol, there were alarms

21   blaring?

22   A.   Yes.

23   Q.   Okay.  And they were very loud?

24   A.   Yes.

25   Q.   And those alarms didn't stop once when you were inside of

1    the Capitol building?

2    A.   I don't believe so, no.

3    Q.   And before you entered the Capitol, you took video of the

4    destroyed door frame?

5    A.   I do not remember it being destroyed on that day.  I

6    didn't see it as destroyed.  I didn't see the nails until the

7    exhibits.

8    Q.   Okay.  And you'd agree, though, that there were exposed

9    nails sticking out of those door frames?

10   A.   I did see that in the photos, yes.

11   Q.   And shattered glass?

12   A.   I did see shattered glass on the footage, yes.

13   Q.   And you entered the Capitol despite those alarms blaring?

14   A.   Despite the alarms blaring, yes.

15   Q.   And not only is there broken doors, but there's broken

16   windows in the Senate Wing door area; correct?

17   A.   There were.  I did not notice them that day.

18   Q.   You didn't notice them that day?

19   A.   No.

20   Q.   You took video of people jumping in and out of them.

21   A.   I should rephrase that.  I did not notice that there were

22   broken windows or the door nails or anything as I was entering

23   the Capitol.

24   Q.   Okay.  But you saw people jumping in and out of the

25   Capitol through broken windows.

1   A.   I saw people jumping out of the windows, which is why I

2   videoed it, because I thought it was strange.  Why is this guy

3   jumping out of the window when maybe 3 feet away there are

4   wide-open doors?  Why is he going out the window?  It just

5   seemed very strange so, yes, I took a video of that.

6   Q.   You'd imagine those windows were not broken prior to that

7   day.  You can't just enter the Capitol through broken

8   windows --

9   A.   Of course.

10  Q.   -- correct?

11  A.   Correct, yes.  I'm sorry.

12  Q.   And in the Capitol building in the Senate Wing door area,

13  you walk by destroyed furniture on the ground?

14  A.   I did.

15  Q.   And rioters are chanting, "Our house"; correct?

16  A.   I don't recall what they were chanting at that time.

17  Q.   Okay.  And finally, Ms. MacAndrew, officers forced people

18  out of the Capitol at that point?

19  A.   I wouldn't say forced.  We were asked to leave.  I was

20  asked to leave, and I left.

21  Q.   Okay.  But the officers, they corralled people to get them

22  to leave the Capitol?

23  A.   I don't know that I would use the term "corralled," but

24  yes, there were officers asking us to leave.  There was a giant

25  stream of people who were leaving --

1    Q.    Okay.

2    A.    -- and the officers kind of moved from the side as the,

3    like -- like the -- like the shore of a river.

4    Q.    Okay.

5    A.    If that makes sense.

6    Q.    And you hear the alarms blaring?

7    A.    (Witness nods head.)

8    Q.    Is that a yes --

9    A.    Yes.

10   Q.    -- just for the court reporter.

11             MS. CHU:  Objection, asked and answered.

12             THE COURT:  This is cross-examination.

13        Go ahead.

14   BY MS. BESSLER:

15   Q.    And you see the shattered glass in the Capitol?

16   A.    I don't recall seeing shattered glass in the Capitol.

17   Q.    Well, you saw people jumping out of shattered windows?

18   A.    I did.

19   Q.    And you say, "They're gassing us, they're gassing us,"

20   while you're inside the Capitol?

21   A.    I did say that.

22   Q.    And you don't leave and go back to your hotel at this

23   point?

24   A.    No.

25   Q.    And again, after you exit the Capitol, you videotape

1   hundreds of officers dressed in riot gear?

2   A.   Yes.

3   Q.   They're wearing face shields?

4   A.   Yes.

5   Q.   They're wearing helmets and gas masks?

6   A.   Yes.

7   Q.   And again, they're preparing for something to go wrong?

8   A.   I assume.

9   Q.   And you stood there as rioters threatened officers?

10  A.   Could you please define "threatened."

11  Q.   Well, there was a man standing right near you,

12  Ms. MacAndrew, who threatened officers that he would come to

13  the -- to the riot with long rifles.  Do you remember?

14  A.   I remember seeing that video, yes.

15  Q.   Okay.  And he was standing 2 feet away from you?

16  A.   Approximately.

17  Q.   And you just stood there as he was threatening those

18  officers?

19  A.   Yes.

20  Q.   You didn't tell him stop threatening the officers?

21  A.   I don't know that I -- it even registered what he was

22  shouting.

23  Q.   Okay.  And -- but at no point when you heard rioters

24  harassing or yelling at officers you told them to stop?

25  A.   Correct.

```
 1    Q.    You never defended the officers?

 2    A.    Correct.

 3    Q.    You never went back to your hotel after seeing that?

 4    A.    I did go back to my hotel after seeing that.

 5    Q.    Well, after you had seen it prior to you entering the

 6    Capitol, you never went back to your hotel after the first time

 7    you saw rioters harassing officers; right?

 8    A.    I went back to my hotel after that but not because of

 9    that.

10    Q.    Okay.  And you were on the restricted Capitol grounds for

11    about an hour and a half that day at least?

12    A.    I believe that's correct.

13          MS. BESSLER:  May I have the Court's brief

14    indulgence?

15          THE COURT:  Sure.

16          MS. BESSLER:  I have no further questions.

17          THE COURT:  Redirect.

18          MS. CHU:  Your Honor, can we request a bathroom break

19    at this time?

20          THE COURT:  Sure.  Let me see.  It's five of ten, so

21    ten after ten.

22          MS. CHU:  Thank you, Your Honor.

23          THE COURT:  Okay.

24       (Recess taken at 9:56 a.m.)

25       (At 10:13 a.m. on January 11, 2023; with counsel and the
```

1    defendant present:)

2        DANEAN K. MacANDREW, PREVIOUSLY SWORN, RESUMED THE STAND

3              THE COURT:  Redirect.

4              MS. CHU:  Thank you, Your Honor.

5                         REDIRECT EXAMINATION

6    BY MS. CHU:

7    Q.   Ms. MacAndrew, since January 6, 2021, have you reviewed

8    all of the discovery in this case?

9    A.   Yes.

10   Q.   You saw the government's videos during the trial; correct?

11   A.   Yes.

12   Q.   So tell us about whether that has affected your knowledge

13   of the -- the events that day.

14   A.   Definitely.

15   Q.   So we looked at a lot of government's videos, but I want

16   you to think back to the day when you were there.  Did you

17   recall seeing any of the nails sticking out of the door?

18   A.   No.

19   Q.   And what did -- did you see anything like the shattered

20   glass?

21   A.   No.

22   Q.   And when you were coming into the Capitol that day -- so

23   put your memory back in that day, okay -- did you see any signs

24   telling you that you couldn't be there?

25   A.   No.

MacAndrew - Redirect (Chu)                                    230

```
 1   Q.   Did you see any of the bike racks or the snow fencing?
 2   A.   No.
 3   Q.   We saw and discussed a government --
 4        THE COURT:  Excuse me.  Where?  When?  When would she
 5   have seen it?  You're just asking generally did she see any
 6   fencing or bike racking?
 7        MS. CHU:  When she was entering the Capitol.
 8        THE COURT:  Inside the Capitol building.
 9        MS. CHU:  The Capitol building area, the area.
10        THE COURT:  Well, that -- either it's on the grounds
11   or inside.  Make a distinction in terms of what you're asking
12   her.
13        MS. CHU:  Thank you, Your Honor.
14   BY MS. CHU:
15   Q.   So we're talking about the Capitol grounds.  When you
16   first got there, do you recall seeing any signs saying the area
17   was restricted?
18   A.   No.
19   Q.   And what do you recall about seeing any bike fencing or
20   snow -- bike racks or snow fencing when you got to the grounds?
21   A.   As I entered the grounds?
22   Q.   Yes.  Did you see anything?
23   A.   No.
24   Q.   Okay.  How about when you got towards the Capitol
25   building?  Did you see any bike racks or snow fencing?
```

1    A.    If I did, it didn't register.

2    Q.    And did you see any signs as you got close to the Capitol

3    building?

4    A.    No.

5    Q.    So talking again about entering the Capitol grounds, we

6    saw the government's video where you walked by a -- I guess

7    some bike racks and snow fencing to the side?

8    A.    I saw that on the video, yes.

9    Q.    Okay.  What do you recall about that from that actual day?

10   A.    Nothing.

11   Q.    Do you recall ever walking by any bike racks or snow

12   fencing on the ground?

13   A.    No.

14   Q.    How about the umbrella that the government's referenced

15   multiple times?

16   A.    I have no recollection of that.

17   Q.    We've also heard and discussed insults being yelled at the

18   officers.  Do you remember that during the course of this

19   trial?

20   A.    Yes.

21   Q.    And do you -- that day did you notice a lot of these

22   insults that were have -- talked about during the trial?

23   A.    No.

24   Q.    What do you recall about what had been -- whether the --

25   what do you recall about what the crowd was saying to police

1    officers from that day?

2    A.   I remember that some people were saying, "Remember your

3    oath," and I remember some people were thanking them.

4    Q.   And what did that mean to you?

5    A.   What did what mean to me?

6    Q.   Hearing the crowd say that to the police officers that

7    day, what did that mean to you that day?

8    A.   The -- I'm sorry.  The "remember your oath" part or any

9    interaction, any -- I'm sorry.  Anything they were saying?

10   Q.   Was it the --

11   A.   Like, it was just kind of noise going on around me.

12   Q.   Okay.  What did the crowd's interaction with the police

13   that day mean to you that day?

14   A.   I don't think it really meant anything.  It was just

15   people mouthing off.

16   Q.   Let's talk about as you walked up to the Capitol building.

17   And you discussed there's these two doors; correct?

18   A.   Yes.

19   Q.   Okay.  So I'm going to ask you about that now.  So what

20   was the significance of these two different doors to you?

21   A.   So as I said, if I looked forward, I could see the three

22   arches with the ramp going up, and then to my left was the

23   small door, like a single door.  I mean, I think it was a

24   single door, and it had steps going up.  The people who had

25   been pepper sprayed were coming out the left-hand door.  The

1    people who were, like, in a river motion, like, weaving up the

2    ramp and to go in were walking like -- just walking.

3    Q.   And so what was the significance of those observations to

4    you?

5    A.   I -- it sounds ridiculous based on their proximity to one

6    another, but it seemed like this door was okay and this door

7    was definitely something not okay that I wanted to stay away

8    from.

9    Q.   What do you mean when you say, "This door was okay"?

10   A.   It just seemed like it was okay because all the people

11   were just walking in, and people in the crowd were saying,

12   "They're letting us in."

13   Q.   So when you say "okay," do you mean that you thought it

14   was okay to go in that door?

15   A.   Yeah, I thought it was okay.

16   Q.   Do you mean that -- did you think you had permission to go

17   in that door?

18   A.   Yes.

19   Q.   And who do you think gave you that permission at the time?

20   A.   At the time, officials.

21   Q.   You recall that when you're inside the Capitol building,

22   the government asked you about you saying "they're gassing us"

23   on the videos?

24   A.   Correct.

25   Q.   What did you mean when you said, "They're gassing us"?

1    A.    So I thought that I felt something in the air.  I'd never

2    thought that it was Capitol Police who were gassing us, because

3    as I came in, there were conversations, and as I looked back

4    into -- so when I said, "They're gassing us, they're gassing

5    us," I had stepped a few feet into the hallway.  I was walking

6    out of the hallway, and I could see the officers still having

7    conversations with the people who had entered the Capitol, so

8    it never occurred to me that it might be the Capitol Police who

9    were gassing us.

10          THE COURT:  So who did you think was pepper spraying

11   you?

12          THE WITNESS:  I didn't know.

13          THE COURT:  Go ahead.

14          MS. CHU:  Just a moment, Your Honor.

15   BY MS. CHU:

16   Q.   Now, with all of the information that you've received

17   since January 6 and all of the videos that you've seen during

18   this trial, what do you believe about whether you were allowed

19   to be on the Capitol grounds that day?

20   A.   Now I know I was not allowed to be on the Capitol grounds.

21   Q.   And what do you believe with all of this information today

22   about whether you were allowed to be in the Capitol building?

23   A.   Now I know I'm -- I was not allowed to be in the Capitol

24   building.

25   Q.   On that day, January 6th, what did you believe about

1   whether you were allowed to be on Capitol grounds?

2   A.   I thought I was allowed.

3   Q.   And on that day, January 6, what did you believe about

4   whether you were allowed to enter the Capitol building?

5   A.   I thought I was allowed.

6          MS. CHU:  Just a moment, Your Honor.

7          THE COURT:  Sure.

8   BY MS. CHU:

9   Q.   Ms. MacAndrew, did you see anybody trying to break into

10  the Senate Wing door?

11  A.   No.

12  Q.   Did you observe anything related to the second breach

13  which you've now seen on video?

14  A.   No.

15  Q.   Did you see anybody trying to break windows?

16  A.   No.

17  Q.   If you had seen anybody breaking the doors, breaking the

18  windows, what would you have done?

19  A.   I would have left immediately.

20  Q.   And if you were aware that people were pushing their way

21  in through that door 20 minutes before you got there, what

22  would you have done?

23  A.   I never would have gone in.  Had I known that that's how

24  those doors were opened, there is no way I ever would have gone

25  in.

1    Q.   And if, when you were approaching the Capitol grounds, you

2    had encountered fencing or bike racks with signs that said the

3    area was restricted, what would you have done?

4    A.   I never would have entered the grounds.

5              MS. CHU:  Thank you, Your Honor.  No further

6    questions.

7              THE COURT:  I have a few follow-up questions.

8         Out of curiosity, what is it that you studied as a

9    graduate?  You went to graduate school.

10             THE WITNESS:  Oh.  I have a master's in psychology,

11   research psychology.  I studied brains, brain mapping, things

12   like that.

13             THE COURT:  Is that what you -- is that work that

14   you're doing now?

15             THE WITNESS:  No, it's not.  I sell old-time radio

16   shows from the 1930s and '40s online.  I've been doing that for

17   22 years.

18             THE COURT:  All right.  So let me ask you a couple of

19   things.  Do you recall when precisely you were asked to leave

20   the Capitol?

21             THE WITNESS:  Yes.

22             THE COURT:  When?

23             THE WITNESS:  I --

24             THE COURT:  Do you need to see the exhibit?

25             THE WITNESS:  Do you remember -- I'm sorry, Your

```
 1    Honor.

 2              THE COURT:  Go ahead.

 3              THE WITNESS:  Do you remember from the video when we

 4    could see the officer pointing his finger --

 5              THE COURT:  Okay.

 6              THE WITNESS:  -- toward the door?  I believe that was

 7    when we were asked.

 8              THE COURT:  So is it your best recollection that when

 9    the video shows that pointing the finger --

10              THE WITNESS:  Uh-huh.

11              THE COURT:  -- that that's when you left?

12              THE WITNESS:  I was lining up to leave as soon as I

13    was told to leave, asked to leave.

14              THE COURT:  So I'm trying to figure out the -- you're

15    in the Capitol.  At this point you've indicated there was a

16    problem being there.  So there comes a point when either the

17    Capitol Police or MPD ask you to leave; correct?

18              THE WITNESS:  Yes.

19              THE COURT:  Okay.  So how did they ask you to leave?

20              THE WITNESS:  They just said everybody has to leave.

21              THE COURT:  Okay.  Is there anything on the video

22    that shows -- I think it's Video 424.

23         Do we have that?  Can we put that up.

24              MS. BESSLER:  Yes, Your Honor.

25              THE COURT:  Just for the...
```

```
1              MS. CHU:  Your Honor, to the extent it is helpful, I
2      would propose that we start reviewing it at 3:15, about 3:15,
3      30 seconds, p.m.
4              THE COURT:  A little before that, I think --
5              MS. CHU:  Okay.
6              THE COURT:  -- at least according to my notes.
7              MS. CHU:  Well, the gesture --
8              THE COURT:  So that we can see before that happens.
9              MS. CHU:  The gesture, I believe, is at 3:16, around
10     3:16 p.m.
11             THE COURT:  It would be helpful to see before that
12     and then going into that.
13             MS. CHU:  Correct, Your Honor.
14             THE COURT:  So you see the arrow where you are?
15             THE WITNESS:  Yes, Your Honor.
16             THE COURT:  Okay.  So describe in terms of what
17     happens next that results in your leaving, looking at the
18     video.
19             THE WITNESS:  I left when -- when the officers asked
20     us to leave.
21             THE COURT:  Okay.  And when is the -- where is the
22     officer asking you to leave?
23             MS. CHU:  Your Honor, if we could just play the video
24     for --
25             THE COURT:  Okay.  That's what I'm suggesting.  Play
```

```
1    the video.
2         And you point out the sequence.  We see you there, so
3    point out what happened.
4              THE WITNESS:  I'll try, Your Honor.
5              THE COURT:  Point out the officer that told you and
6    based on that you acted.
7         (A portion of Exhibit 424 was played.)
8              THE COURT:  So just point out the officer that said
9    something to you that based on that you --
10             THE WITNESS:  I think that might have been it.  Is it
11   possible to rewind maybe ten seconds?
12             THE COURT:  Go back a little bit.
13             MS. CHU:  I would just go back about, I think, ten
14   seconds.
15             MS. BESSLER:  It's paused at nine --
16             THE COURT:  Well, let's go back where she's sort of
17   standing where we first started.
18        And then, you know, you indicate to me by -- you can point
19   on it exactly where it is.
20        I'm sorry?
21        (The law clerk conferred with the Court.)
22             THE COURT:  Okay.  This is the one where I think you
23   had some problems, am I correct, where we used my law clerk's?
24             MS. BESSLER:  Your Honor, we did upload the corrected
25   video --
```

```
1                    THE COURT:  Okay.

2                    MS. BESSLER:  -- so this is the corrected video.

3                    THE COURT:  Okay, all right.

4              (A portion of Exhibit 424 was played.)

5                    THE COURT:  So tell us to stop at the point that

6     you -- you're told by the police officer.

7                    THE WITNESS:  I will, Your Honor.

8              I think there.

9                    THE COURT:  Can you point to the officer.

10                   MS. CHU:  Can we just rewind that two seconds?

11    Because there's probably a little delay between...

12                   THE COURT:  You should be able to touch where the

13    officer is that it occurred.

14             Okay.  So let's go back.

15             What I'm asking you to do is we see you with this arrow,

16    okay, and ask them to stop when you see the officer speaking to

17    you, okay, and do a little -- touch it so that we see who it

18    is, and then start it up again.

19                   THE WITNESS:  Okay, Your Honor.

20                   THE COURT:  So can we go back so we're at the

21    beginning there before this.

22             Okay.  Then have it proceed.

23             (A portion of Exhibit 424 was played.)

24                   THE COURT:  So is that where you were asking to stop?

25                   THE WITNESS:  No.
```

```
 1                  THE COURT:  Don't stop it until she tells us to.
 2                  THE WITNESS:  Stop.
 3                  THE COURT:  Okay.  And put -- just put -- indicate
 4       who it is that spoke to you.
 5                  THE WITNESS:  (The witness complied.)
 6                  MS. CHU:  You can circle on the screen,
 7       Ms. MacAndrew.
 8                  THE COURT:  She's doing that.
 9            Okay.  So that's the person that you think has told you to
10       leave?
11                  THE WITNESS:  I believe that's the officer, yes, Your
12       Honor.
13                  THE COURT:  Okay.  Then continue.  Continue to play.
14            (A portion of Exhibit 424 was played.)
15                  THE WITNESS:  Your Honor, I don't know how to remove
16       the blue circle.
17                  THE COURT:  We can do that.
18            Dorothy, can you do that?
19            Okay.  That's helpful.
20            So the next question is:  At what exact point did you
21       decide or know that you were not permitted to be in the Capitol
22       building itself?
23                  THE WITNESS:  When that officer asked me to leave.
24                  THE COURT:  All right.  And do you still believe
25       today that you were allowed to be in the Capitol before you
```

```
1    were asked to leave?

2              THE WITNESS:  No, Your Honor.

3              THE COURT:  Okay.  And what's that based on?

4              THE WITNESS:  That is based on --

5              THE COURT:  Well, what I'm trying to get at is, is it

6    based on the fact that you were asked to leave, or is it based

7    on other information you've been provided since then?

8              THE WITNESS:  It's based on other information I've

9    been given since then.

10              THE COURT:  Okay.  On January 6th, what did you

11    understand Congress to be doing on that day?

12              THE WITNESS:  Doing the Electoral College vote.

13              THE COURT:  So if -- so did you expect that Congress

14    was carrying on their business while you were on the grounds

15    and in the Capitol building?

16              THE WITNESS:  I didn't really think about it.  Yeah,

17    I guess I assumed that.

18              THE COURT:  Okay.  And if Congress was in the

19    building, wouldn't you have expected that they would have done

20    some security screening before they allowed you in the Capitol?

21              THE WITNESS:  In retrospect, yes, yes.

22              THE COURT:  Okay.  On a follow-up question your

23    counsel asked, you obviously were seeing people pepper sprayed.

24    I think you saw four people in total suffering from the effects

25    of pepper spray.  Did you understand it was the police that
```

1    were doing this?

2              THE WITNESS:  No, I didn't, Your Honor.

3              THE COURT:  So who did you think would be pepper

4    spraying some others in the crowd?

5              THE WITNESS:  I didn't know.  I thought maybe

6    counterprotesters.  I didn't know but I didn't think.

7              THE COURT:  Did you see any counterprotesters,

8    anybody that you would have identified as counterprotesters?

9              THE WITNESS:  Excuse me.  I couldn't tell.  Like,

10   looking at the videos even, I assume they're Trump supporters,

11   but it didn't make sense that it would be the Capitol Police or

12   D.C. Metro who were doing the pepper spraying because of the

13   way they were lined up, the Capitol Police inside and their

14   interactions with the people who had walked in and their

15   conversations, and I didn't perceive any animosity.

16        And then with the D.C. Metro, they didn't look like they

17   were in an aggressive stance.  They looked like they were in

18   more of a waiting, protective stance.  They didn't look like --

19   I would assume, if they were the ones doing the pepper

20   spraying, there would have been a lot of motion around and

21   things like that and they would be -- it just didn't seem like

22   it would have been them.

23             THE COURT:  So you said there wasn't any animosity.

24   Did you expect animosity from the police, or were you talking

25   about the crowd?

1          THE WITNESS:  Inside the Capitol building, you mean?

2          THE COURT:  You indicated -- you just said there

3   wasn't any animosity between the police and the crowd or any

4   animosity.  You're talking about no animosity from the police

5   towards the crowd or the crowd toward the police?

6          THE WITNESS:  Well, either one.  And no, I never

7   would expect that at a Trump anything, 'cause that's not what I

8   had experienced any other time.

9          THE COURT:  Okay.  If anybody has any follow-up

10  questions from mine, you can go ahead and do so, either the

11  government or the defense.

12         MS. BESSLER:  Your Honor, there are no further

13  questions from the government.

14         MS. CHU:  No questions from the defense, Your Honor.

15         THE COURT:  All right.  You can go ahead and sit

16  down.

17         THE WITNESS:  Thank you, Your Honor.

18         THE COURT:  Is there any other evidence?

19         MS. CHU:  Your Honor, the defense rests.

20      And at this time we renew our Rule 29 motion just based on

21  arguments already submitted.

22         THE COURT:  All right.  And I'm assuming that you're

23  submitting the same arguments?

24         MR. PHILLIPS:  That is correct, Your Honor.

25         THE COURT:  All right.  And I'll take it under

245

```
 1    advisement.

 2          Is there any rebuttal?

 3                MR. PHILLIPS:  No.  Thank you, Your Honor.

 4                THE COURT:  All right.  So at this point we have --

 5    it's 20 to 11.  We can either do -- try and do closings, or my

 6    inclination would be, frankly, to recess at this point so we

 7    don't run into my having to get off for my meeting and to have

 8    you do -- having you do closings first thing in the morning.

 9    Does that work?

10                MS. CHU:  Yes, Your Honor.

11                THE COURT:  Okay.

12                MR. PHILLIPS:  Yes, Your Honor.  We can make that

13    work.

14                THE COURT:  And in terms of the length of the -- this

15    has been a short trial.  Certainly no longer than an hour,

16    probably much less, but certainly nothing beyond that, and

17    rebuttal should be no more than about 15 minutes.  All right?

18    I mean, I'm not suggesting you use an hour.  I'm just

19    suggesting that if you use videos and things, it does take up

20    some of the time.

21          All right.  Then parties are excused.  I'll see you

22    tomorrow at 9 o'clock.

23          (Recessed at 10:39 a.m.)

24

25
```

246

          I certify that the foregoing is a correct transcript from

the record of proceedings in the above-entitled matter.




          */s/Lisa G. Grimminger*                    February 21, 2023
          Lisa G. Grimminger, RDR, CRR, CRC   Date


                         I-N-D-E-X

                                   Direct   Cross   Redirect

WITNESS:

FOR THE DEFENDANT:

Danean MacAndrew                    194     206     229

                                                          Ruled
MOTION:                                        Made        On

Defendant's Rule 29 motion                      244       245