Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 1:21-cr-00730-CKK
)
DANEAN KIMBERLY MACANDREW )

## NOTICE OF APPEAL

Name and address of appellant:    Danean MacAndrew
24691 Eloisa Drive
Mission Viejo, CA 92691

Name and address of appellant's attorney:    LILLIAN CHU
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, CA  90012

Offense:   18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

On 8/8/2023 defendant was sentenced as to Count(s) 1s, Three (3) Months incarceration followed by Twenty-four (24) Months of Supervised Release and a Special Assessment of $25.00. Count(s) 2s, Three (3) Months incarceration followed byTwenty-four (24) Months of Supervised Release to run concurrently with Count One (1) and a Special Assessment of $25.00. Count(s) 3s, Three (3) Months incarceration to run concurrently to Counts One (1) and (2) and a Special Assessment of $10.00. Count(s) 4s, Three (3) Months incarceration to run concurrently with Counts One (1), Two (2) and Three (3) and a Special Assessment of $10.00 for a total of $70.00.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

08/21/2023
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [✓]
PAID USDC FEE  [ ]
PAID USCA FEE

Does counsel wish to appear on appeal?                              YES [✓]   NO [ ]
Has counsel ordered transcripts?                                         YES [✓]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES [ ]   NO [✓]