# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3136**  **September Term, 2023**

**1:21-cr-00730-CKK-1**

**Filed On: May 16, 2024** [2054822]

United States of America,

    Appellee

  v.

Danean Kimberly MacAndrew,

    Appellant

## M A N D A T E

In accordance with the order of May 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Selena R. Gancasz
Deputy Clerk

Link to the order filed May 16, 2024