# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3136**                        **September Term, 2023**

**1:21-cr-00730-CKK-1**

**Filed On:** May 16, 2024

United States of America,

       Appellee

   v.

Danean Kimberly MacAndrew,

       Appellant

       **BEFORE:**     Wilkins, Childs, and Pan, Circuit Judges

### O R D E R

       Upon consideration of the district court's March 25, 2024 order, which this court construes as a ruling indicating that the district court would amend the September 12, 2023 judgment, and the joint motion to govern, it is

       **ORDERED** that the terms of supervised release in the district court's September 12, 2023 judgment be vacated and the case be remanded for the district court to enter an amended judgment in accordance with its indicative ruling.

       Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**